IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ARTHUR GIRON,<br>a/k/a MICHAEL GERON | S U P E R S E D I N G<br>I N D I C T M E N T<br><br>Case No. 1:17-cr-00031<br><br>Violation:  18 U.S.C. §§ 231(a)(3), 844(h), and 2 |

COUNT ONE

**Civil Disorder**

The Grand Jury Charges:

On or about October 27, 2016, in the District of North Dakota,

MICHAEL ARTHUR GIRON,
a/k/a MICHAEL GERON,

individually, and by aiding and abetting, willfully and knowingly committed and attempted to commit any act to obstruct, impede, and interfere with any law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructed, delayed, and adversely affected commerce and the movement of any article or commodity in commerce;

In violation of Title 18, United States Code, Sections 231(a)(3) and 2.

## COUNT TWO

**Use of Fire to Commit a Federal Felony Offense**

The Grand Jury Further Charges:

On or about October 27, 2016, in the District of North Dakota,

MICHAEL ARTHUR GIRON,
a/k/a MICHAEL GERON,

individually, and by aiding and abetting, knowingly used fire to commit civil disorder, a felony prosecutable in a court of the United States, as set forth in Count One of this Indictment, the descriptions of which are hereby incorporated by reference;

In violation of Title 18, United States Code, Sections 844(h) and 2.

A TRUE BILL:

/s/ Grand Jury Foreperson
Foreperson

/s/ Christopher C. Myers
CHRISTOPHER C. MYERS
United States Attorney


DDH/am