Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

United States of America )
v. )
)
Michael Arthur Giron a/k/a Michael Geron ) Case No. 1:17-cr-31
)
)
*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Arthur Giron a/k/a Michael Geron ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Civil Disorder
Use of Fire to Commit a Federal Felony Offense
Aiding and Abetting

Date: 02/01/2017

/s/ Carla Schultz

*Issuing officer's signature*

City and state:

Carla Schultz, Deputy Clerk

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/14/2017 , and the person was arrested on *(date)* 3/14/2017 at *(city and state)* Centerville, TN . |
| Date: 3/14/2017   ATTEST AND CERTIFY A TRUE COPY   Clerk   U.S. District Court   Middle District of Tennessee   By _____ Deputy Clerk     *Arresting officer's signature* Justin Meinecke, Special Agent   *Printed name and title* |