IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

MICHAEL ARTHUR GIRON, a/k/a
MICHAEL GERON,

        Defendant.

Case No. 1:17-cr-0031

MOTION FOR DETENTION

The United States of America, by Christopher C. Myers, United States Attorney

for the District of North Dakota, and David D. Hagler, Assistant United States Attorney,

moves, pursuant to 18 U.S.C. Section 3142, for detention of the defendant pending trial,

on the grounds that the defendant presents a flight risk and a danger to the community.

The Indictment in this matter establishes probable cause for the charges set forth

therein, civil disorder, in violation of 18 U.S.C. §§ 231(a)(3) and 2, and use of fire to

commit federal felony offense, in violation of 18 U.S.C. §§ 844(h) and 2.  The latter

offense carries a minimum mandatory penalty of imprisonment of 10 years.  18 U.S.C. §

844(h).

Therefore, the United States is entitled to a detention hearing pursuant to Title 18,

United States Code, Section 3142(f), as the charges are crimes of violence, as defined in

18 U.S.C. § 3156(a)(4), and the United States alleges that the defendant is a serious risk

of flight if released.

If the defendant does not waive a detention hearing, the United States of America further requests a continuance, of not more than three days, of the hearing to present evidence to the Court in support of detention.

Dated: April 11, 2017.

CHRISTOPHER C. MYERS
United States Attorney


By:   */s/  David D. Hagler*
DAVID D. HAGLER
Assistant United States Attorney
P.O. Box 699
Bismarck, ND  58502-0699
(701) 530-2420
ND Bar Board ID No. 04696
David.Hagler@usdoj.gov
Attorney for United States

2